**EXHIBIT B**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12

Victor C. Bushell (VB 3930)
Cem Ozer (CO 1718)
Bushell, Sovak, Ozer & Gulmi LLP
28 West 44th Street, Suite 1014
New York, New York 10036
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CLIFFORD STREIT,

                Plaintiff,

-against-

CANDACE BUSHNELL,

                Defendant.
---------------------------------------------------------------- x

INDEX NO.:
12 CV 1156 (VM and MHD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      IT IS STIPULATED AND AGREED that the above-captioned action, including the counterclaim, is dismissed, with prejudice, and without costs to either party.

      IT IS FURTHER STIPULATED AND AGREED that the Court shall retain continuing jurisdiction over this case solely for the purpose of enforcing the parties' confidential Settlement Agreement (not attached) terminating the above-captioned action.

Dated: New York, New York
           September 7, 2012

_____  
Neal Brickman (NB 0874)  
V. Cristina Massa (VM 9190)  
The Law Offices of Neal Brickman  
317 Madison Avenue, 21st Floor  
New York, New York 10017  
212-986-6840  
*Attorneys for Plaintiff*

_____  
Victor C. Bushell (VB 3930)  
Cem Ozer (CO 1718)  
Bushell, Sovak, Ozer & Gulmi LLP  
28 West 44th Street, Suite 1014  
New York, New York 10036  
*Attorneys for Defendant*

The case is dismissed with prejudice, however, the Court retains jurisdiction as noted above to enforce the parties' confidential Settlement Agreement.

SO ORDERED,

_____  
VICTOR MARRERO, U.S.D.J.

Date: 12 September 2012

---

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

9-12-12  
Date

Victor Marrero, S.D.J.

2



# BUSHELL, SOVAK, OZER & GULMI LLP
### ATTORNEYS AT LAW
www.bushellsovak.com

28 WEST 44TH STREET
SUITE 1014
NEW YORK, NY 10036
~~~~
TELE (212) 949-4700
FAX (212) 286-0513
~~~~
VICTOR C. BUSHELL
vbushell@bushellsovak.com

695 RIDGEBURY ROAD
RIDGEFIELD, CT 06877
~~~~
TELE (203) 748-8335
FAX (203) 724-0866

September 12, 2012

**BY HAND**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1040
New York, New York 10007

    Re:   *Streit v. Bushnell*
            United States District Court
            S.D.N.Y. Index No. 12–CV–1156 (VM)

Dear Judge Marrero:

    This shall inform Your Honor that the referenced matter has settled pursuant to a confidential settlement agreement.

    Enclosed is the Stipulation of Dismissal with Prejudice entered into by the parties, who request that Your Honor "so order" the stipulation. Should the stipulation meet with Your Honor's approval, the parties request the Court execute same.

                                 Respectfully submitted,

                                 Victor C. Bushell

cc. Neal Brickman, Esq. (with enclosure)
    Cristina Massa, Esq. (with enclosure)
    Cem Ozer, Esq.